**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Seyed A. Razavi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEYED A. RAZAVI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**MPG WORLDWIDE, LLC.**<br><br>Defendant. | Case No.: 3:13-cv-08972-FMO-MAN<br><br>**NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date: August 7, 2014<br>Time: 10:00 a.m.<br>Ctrm: 22<br>Judge: Hon. Fernando M. Olguin |

**TO: DEFENDANT MPG WORLDWIDE, LLC AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that on August 7, 2014 at 10:00 a.m., or as soon thereafter as the matter can be heard by the Court, in Courtroom 22 of the Honorable Fernando M. Olguin, located at the United States District Court, for the Central District of California, 312 North Spring Street, Los Angeles, CA 90012-4701, Plaintiff Seyed A. Razavi ("Plaintiff") will move the Court to Enforce the Settlement Agreement entered into at the Settlement Conference with the Hon. Margaret A. Nagle on May 14, 2014.

This motion will be based on the herein notice, the accompanying memorandum in support of the motion, the Court's file in this action, all matters of which the Court may take judicial notice, and any other items the Court deems appropriate.

This motion is made following the conference of counsel, which took place telephonically on July 1, 2014, pursuant to Civil Local Rule 7-3.

Dated: July 7, 2014

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _____/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEYS FOR PLAINTIFF